450 A.2d 1069

Commonwealth v. Tillmon, Appellant.

 Submitted June 9, 1982. Methuselah Z. I.

Bradley, IV, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.